UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALEXANDRE RAGLAND,<br><br>　　　　Defendant. | Case No. 2:21-mj-186-DJA<br><br>**<u>ORDER</u>** |

　　　IT IS THEREFORE ORDERED that Mr. Ragland's travel condition be modified to remove the restriction that travel to the Northern District of Georgia be limited "for purposes of Court."

　　　IT IS FURTHER ORDERED that Mr. Ragland must provide his travel itinerary, including flights and the location where he will be staying, prior to his travel to the Northern District of Georgia.

　　　DATED this 16th day of April 2021.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE